UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANICE NETZEL, ) | |
| JON GUNNERSON, and ) | |
| STEVE MALASHOCK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:07cv00878DDN |
| ) | |
| FEDERATED DEPARTMENT STORES, ) | |
| INC., a Delaware Corporation, and ) | |
| ) | |
| MACY'S RETAIL HOLDINGS, INC. ) | |
| f/k/a FEDERATED RETAIL HOLDINGS, ) | |
| INC. f/k/a THE MAY DEPARTMENT ) | |
| STORES COMPANY, ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF SETTLEMENT

COME NOW the parties hereto, Plaintiffs Jeanice Netzel, Jon Gunnerson and Steve Malashock, and Defendants, Macy's, Inc., f/n/a Federated Department Stores, Inc., and Macy's Retail Holdings, Inc., by and through their respective attorneys, and inform the Court that the parties have reached an agreement to resolve the instant case. The parties will file a formal Stipulation of Dismissal as soon as they complete and execute all of the settlement documents necessary to effectuate the resolution of the case. Therefore, the parties respectfully request that the matter be passed for settlement for 30 days and that all pending deadlines be stayed during that time period.

Respectfully Submitted,

|  |  |
|---|---|
| ARMSTRONG TEASDALE LLP | MACY'S, INC. f/k/a FEDERATED DEPARTMENT STORES, INC. |

BY:   /s/Michael B. Kass                                    BY:  /s/ Betty Thorne Tierney              
    William M. Corrigan    #2879        David E. Martin    #3752
    Jay A. Summerville    #4502        Betty Thorne Tierney    #4547
    Michael B. Kass    #94212        Macy's, Inc.
    Amy K. Sung    #526444        Law Department
    One Metropolitan Square, Suite 2600        611 Olive Street, Suite 1750
    St. Louis, Missouri 63102-2740        St. Louis, Missouri 63101
    (314) 621-5070        (314) 342-6719
    (314) 621-5065 (facsimile)        (314) 342-6728
    wcorrigan@armstrongteasdale.com        (314) 342-6384 (facsimile)
    jsummerville@armstrongteasdale.com        david.e.martin@macys.com
    asung@armstrongteasdale.com        betty.tierney@macys.com

ATTORNEYS FOR PLAINTIFFS        ATTORNEYS FOR DEFENDANTS